1  **PETER E. BRIXIE, S.B.#124186**
   **Attorney at Law**
2  **410 Twelfth Street, Suite One**
   **Sacramento, CA 95814**
3  **Telephone: (916) 658-1880**
   **Facsimile: (916) 658-1884**
4
   **Attorney for PAULA GRANDERSON**
5

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAULA GRANDERSON,** | **CASE NO.:** Civ S. 06-cv-1147 CMK |
| Plaintiff, | **Stipulation and Order Extending Time to File and Serve Motion** |
| vs. | |
| **Joanne B. Barnhart, Commissioner of Social Security,** | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of December 18, 2006. The extension is needed due to press of business in plaintiff's attorney's office.

1

2      This is the 1st request for extension by plaintiff.

3  Dated: 11/8/06                                    /s/Peter Brixie
                                                     PETER BRIXIE
4                                                    Attorney at Law

5                                                    Attorney for Plaintiff

6
    Dated: 11/8/06
7                                          By:       /s/Bobbie J. Montoya
                                                     BOBBIE J. MONTOYA
8                                                    Assistant U. S. Attorney

9                                                    Attorney for Defendant

10
                                        __ooo__
11
    APPROVED AND SO ORDERED
12

13
    DATED:   November 13, 2006.
14

15
                                        _____
16                                      **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE
17