1  **PETER E. BRIXIE, S.B.#124186**
   **Attorney at Law**
2  **410 Twelfth Street, Suite One**
   **Sacramento, CA 95814**
3  **Telephone: (916) 658-1880**
   **Facsimile: (916) 658-1884**
4
   **Attorney for PAULA GRANDERSON**
5

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAULA GRANDERSON,** | **CASE NO.:** Civ S. 06-cv-1147 CMK |
| Plaintiff, | **Stipulation and Order Extending Time to File and Serve Motion** |
| vs. | |
| **Joanne B. Barnhart, Commissioner of Social Security,** | |
| Defendant. | |

  IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of January 15, 2007.  The extension is needed due to press of business in plaintiff's attorney's office.

This is the 2nd request for extension by plaintiff.

Dated: 12/15/06                              /s/Peter Brixie
                                             PETER BRIXIE
                                             Attorney at Law

                                             Attorney for Plaintiff

Dated: 12/18/06
                                    By:      /s/Mary P. Parnow
                                             MARY P. PARNOW
                                             Special Assistant U.S. Attorney

                                             Attorney for Defendant

                              __ooo__

APPROVED AND SO ORDERED

DATED:   January 3, 2007.

                                    _____
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE